IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

PAULETTE ROBINSON                                                                    PLAINTIFF

v.                      NO. 2:18-cv-00149 PSH

NANCY A. BERRYHILL, Acting Commissioner                          DEFENDANT
of the Social Security Administration

## JUDGMENT

Pursuant to the Memorandum Opinion and Order entered this day, judgment is entered for the Acting Commissioner of the Social Security Administration.

IT IS SO ORDERED this 12th day of August, 2019.

_____
UNITED STATES MAGISTRATE JUDGE